1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
       Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York  10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL  62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB |
|---|---|
| | MDL NO. 1699 |
| This Document Relates To: | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Samuel G. Warren and Brenda K. Warren, vs. Pfizer, Inc.,.* *MDL No. 06-2010:* Plaintiff Samuel G. Warren and Brenda Warren | |

Come now the Plaintiffs, Samuel G. Warren and Brenda Warren, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Samuel G. Warren and Brenda Warren's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009         By: /s/ Jayne Conroy
                                             Jayne Conroy
                                             **HANLY CONROY BIERSTEIN**
                                             **SHERIDAN FISHER & HAYES LLP**
                                             112 Madison Avenue
                                             New York, New York 10016-7416
                                             (212) 784-6400
                                             (212) 784-6420 (Fax)
                                             Email: jconroy@hanlyconroy.com

                              -and-

                                             **SIMMONSCOOPER LLC**
                                             707 Berkshire Blvd.
                                             East Alton, IL 62024
                                             (618) 259-2222
                                             (618) 259-2251 (Fax)

                                             *Counsel for Plaintiff.*


Dated: _____March 11\_\_, 2009        By: /s/ Michelle W. Sadowsky
                                             Michelle W. Sadowsky
                                             **DLA PIPER US LLP**
                                             1251 Avenue of the Americas
                                             New York, New York 10020-1104
                                             (212) 335-4625
                                             (212) 884-8675 (Fax)

                                             *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30\_\_\_, 2009     By: _____
                                             United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE